# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. _____    Date _____

Title: _____

Present: The Honorable _____

_____    _____    _____
Deputy Clerk                                              Court Reporter / Recorder                              Tape No.

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

---

Proceedings:    ☐ In Court        ☐ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer _____

---

CV-74 (08/97)                    **CIVIL MINUTES -REOPENING/CLOSING**